AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| WARREN EASTERLING )<br>*Plaintiff* )<br>v. )<br>Judge Dale Crawford et al )<br>*Defendant* ) | Civil Action No. 3:13-cv-430 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   JUDGMENT TO ENTER IN FAVOR OF "RESPONDENTS" AND AGAINST "PETITIONER".

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for .

Date:   3/31/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*